**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

THE REYNOLDS TRUST, et al.,
    Plaintiffs,

Case Number 3:12-cv-00231-SLG

v.

BARRY NEIL DEES, JR., et al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the Plaintiffs recover nothing and the action is dismissed.

APPROVED:

S/SHARON L. GLEASON
United States District Judge

Date: April 10, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh
Marvel Hansbraugh,
Clerk of Court

[Reynolds Trust Judgment.wpd SLG.wpd]{JMT2.WPT*Rev.3/03}